UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY FORD,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. C15-1872 RSM<br><br>ORDER REMANDING CASE PURSUANT TO SENTENCE SIX |

The Court, after careful consideration of the plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1)    The Court adopts and approves the Report and Recommendation.

(2)    This case is REMANDED to the Social Security Administration pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Report and Recommendation.

(3)    The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 22nd day of April 2016.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1