IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | | |
|---|---|---|
| RODNEY FORD, | ) | CIVIL ACTION NO. C15-1872 RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of the parties' joint stipulation for fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2414 *et seq.*, IT IS HEREBY ORDERED:

1. Defendant will pay Plaintiff a total of $1,444.00 in EAJA fees and expenses. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2528-29 (2010), this EAJA award belongs to the Plaintiff and is subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). If any of the fee award is offset, then payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel, at his office: David F. Chermol, Chermol & Fishman, LLC, 11450 Bustleton

David F. Chermol, Esq.
11450 Bustleton Ave.
Philadelphia, PA 19130
P: (215) 464-7200

Avenue, Philadelphia, PA, 19116. If the fee award is not subject to offset, then payment shall be made to David F. Chermol, Chermol & Fishman, LLC, 11450 Bustleton Avenue, Philadelphia, PA, 19116.

2. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3. Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

DATED this 26th day of December 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE